.

| | | |
|---|---|---|
| COURTNEY DANESHA JOHNSON WHEELER<br>DYQUON ONEAL WHEELER<br>1574 N PARK AVE<br>COLUMBIA, MS 39429 | FERGUS FCU<br>1026 E BROAD ST<br>MONTICELLO, MS 39654 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>POB 965064<br>ORLANDO, FL 32896 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | HATTIESBURG CLINIC<br>415 SOUTH 28TH AVE<br>HATTIESBURG, MS 39401 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| 21ST MORTGAGE CORP<br>ATTN: BANKRUPTCY<br>620 MARKET STREET<br>KNOXVILLE, TN 37902 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | TODAY CASH<br>P.O. BOX 808<br>KESHENA, WI 54135 |
| ACCESS RTO<br>P.O. BOX 23<br>MCALESTER, OK 74502 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| AIDVANTAGE<br>PO BOX 300001<br>GREENVILLE, TX 75403 | MERRIT HEALTH WESLEY<br>5001 HARDY ST<br>HATTIESBURG, MS 39402 | |
| ALLY FINANCIAL, INC<br>ATTN: BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON, IL 55438 | OAK HILL RENTALS, LLC<br>P.O. BOX 648<br>MAYFIELD, KY 42066 | |
| BLUE FROG LOANS<br>1855 BOWLES AVE<br>STE 110<br>FENTON, MO 63026 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 | |
| CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | PLAIN GREEN, LLC<br>93 MACK RD<br>BOX ELDER, MT 59521 | |
| EDFINANCIAL SERVICES L<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE, TN 37922 | SPOT LOANS<br>PO BOX 720<br>BELCOURT, ND 58316 | |