Certificate Number: 17082-MSS-DE-040211825

Bankruptcy Case Number: 25-51476



17082-MSS-DE-040211825

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2025, at 6:56 o'clock AM MST, COURTNEY WHEELER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: October 18, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director