

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Courtney Danesha Johnson Wheeler | Case No. 25-51476-KMS |
| Dyquon Oneal Wheeler, Debtors | CHAPTER 13 |

## ORDER ON AMENDED MOTION TO REDACT

This matter comes before the Court on the Amended Motion to Redact Document Filed by Debtor's Counsel (the "Motion") (Dkt. # __16__) filed by Debtor's Counsel in the above-styled case. The Motion alleges that the Statement About Your Social Security Numbers filed by Debtor's Counsel (Dk # 10) on October 8, 2025, contains certain personal identifiers that should have been redacted under Fed. R. Bankr. P. 9037. The Court, having considered the Motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court shall docket the Redacted Document as a replacement filing for the Original Document.

2. The public access restrictions on the Amended Motion and Original Document shall remain in effect until further court order.

3. Nothing in this order shall affect the rights of the United States Trustee, the debtors, counsel for the debtors, the Case Trustee (the "Trustee"), or counsel for the Trustee in this matter to request access to the Motion or the Original Document by filing the appropriate motion

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533