United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-51476-KMS

Courtney Danesha Johnson Wheeler   Chapter 7
Dyquon Oneal Wheeler
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

**Recip ID     Recipient Name and Address**
db/jdb     + Courtney Danesha Johnson Wheeler, Dyquon Oneal Wheeler, 1574 N Park Ave, Columbia, MS 39429-9033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

**Name     Email Address**

Derek A Henderson T1
     trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Thomas Carl Rollins, Jr
     on behalf of Joint Debtor Dyquon Oneal Wheeler trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Courtney Danesha Johnson Wheeler trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Oct 20, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 4

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Courtney Danesha Johnson Wheeler | Case No. 25-51476-KMS |
|              Dyquon Oneal Wheeler, Debtors | CHAPTER 13 |

## ORDER ON AMENDED MOTION TO REDACT

This matter comes before the Court on the Amended Motion to Redact Document Filed by Debtor's Counsel (the "Motion") (Dkt. # __16__) filed by Debtor's Counsel in the above-styled case. The Motion alleges that the Statement About Your Social Security Numbers filed by Debtor's Counsel (Dk # 10) on October 8, 2025, contains certain personal identifiers that should have been redacted under Fed. R. Bankr. P. 9037. The Court, having considered the Motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court shall docket the Redacted Document as a replacement filing for the Original Document.

2. The public access restrictions on the Amended Motion and Original Document shall remain in effect until further court order.

3. Nothing in this order shall affect the rights of the United States Trustee, the debtors, counsel for the debtors, the Case Trustee (the "Trustee"), or counsel for the Trustee in this matter to request access to the Motion or the Original Document by filing the appropriate motion

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533