United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51476-KMS
Courtney Danesha Johnson Wheeler   Chapter 7
Dyquon Oneal Wheeler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6  User: mssbad  Page 1 of 3
Date Rcvd: Jan 27, 2026  Form ID: 318  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Courtney Danesha Johnson Wheeler, Dyquon Oneal Wheeler, 1574 N Park Ave, Columbia, MS 39429-9033 |
| cr | + | Ferguson Federal Credit Union, 1026 E. Broad St., Monticello, MS 39654-7702 |
| 5571083 | + | Access RTO, P.O. Box 23, McAlester, OK 74502-0023 |
| 5571089 | + | Fergus Fcu, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5571093 | + | Merrit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jan 28 2026 00:33:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | | Email/Text: ebn@21stmortgage.com | Jan 27 2026 19:34:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | + | EDI: AISACG.COM | Jan 28 2026 00:33:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AGFINANCE.COM | Jan 28 2026 00:33:00 | ONEMAIN FINANCIAL GROUP, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5571082 | | Email/Text: ebn@21stmortgage.com | Jan 27 2026 19:34:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5571084 | + | EDI: MAXMSAIDV | Jan 28 2026 00:33:00 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5571085 | + | EDI: GMACFS.COM | Jan 28 2026 00:33:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5571097 | | Email/Text: fwdbctl@spotloan.com | Jan 27 2026 19:34:15 | Spot Loans, PO Box 720, Belcourt, ND 58316 |
| 5571086 | + | Email/Text: samantha.brucker@phfsgroup.com | Jan 27 2026 19:34:00 | Blue Frog Loans, 1855 Bowles Ave, Ste 110, Fenton, MO 63026-1900 |
| 5571087 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 27 2026 19:34:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5571088 | + | Email/Text: EBN@edfinancial.com | Jan 27 2026 19:34:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5571090 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jan 27 2026 19:34:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5571092 | + | Email/Text: ebone.woods@usdoj.gov | Jan 27 2026 19:34:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5571091 | | EDI: IRS.COM | Jan 28 2026 00:33:00 | Internal Revenue Servi, Centralized Insolvency, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: 318 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5587601 | ^ | MEBN | | |
| | | | Jan 27 2026 19:27:28 | John S. Simpson, Esq., Simpson Law Firm, P.A., For Ferguson FCU, P.O. Box 2058, Madison, MS 39130-2058 |
| 5571100 | | Email/Text: Bankruptcy@Todaycash.com | | |
| | | | Jan 27 2026 19:34:00 | Today Cash, P.O. Box 808, Keshena, WI 54135 |
| 5571094 | + | Email/Text: legal@barnmanagementgroup.com | | |
| | | | Jan 27 2026 19:34:00 | Oak Hill Rentals, LLC, P.O. Box 648, Mayfield, KY 42066-0033 |
| 5571095 | + | EDI: AGFINANCE.COM | | |
| | | | Jan 28 2026 00:33:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5571096 | | Email/Text: bankruptcypgl@plaingreenloans.com | | |
| | | | Jan 27 2026 19:34:15 | Plain Green, LLC, 93 Mack Rd, Box Elder, MT 59521 |
| 5571099 | + | EDI: SYNC | | |
| | | | Jan 28 2026 00:33:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5571098 | + | EDI: SYNC | | |
| | | | Jan 28 2026 00:33:00 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5571101 | ^ | MEBN | | |
| | | | Jan 27 2026 19:27:35 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2026              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Dyquon Oneal Wheeler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Courtney Danesha Johnson Wheeler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 27, 2026 | Form ID: 318 | Total Noticed: 27 |

    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Courtney Danesha Johnson Wheeler** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9210** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Dyquon Oneal Wheeler** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8639** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–51476–KMS** | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Courtney Danesha Johnson Wheeler**         **Dyquon Oneal Wheeler**
aka Courtney Danesha Wheeler


Dated: 1/27/26                         **By the court:**   /s/Katharine M. Samson
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**